IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Bankruptcy Case No. 19-70014-JAD |
| | : |
| RANDALL L. PROBST, SR. | : |
| | : Chapter 13 |
| Debtor | : |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT **Denver E. Wharton, Esquire**, of **Kaminsky, Thomas, Wharton, Lovette & Vigna**, on behalf of **1ST SUMMIT BANK,** hereby enters his appearance as Attorney for **1ST SUMMIT BANK,** in the above proceeding, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**DENVER E. WHARTON, ESQUIRE**
**KAMINSKY, THOMAS, WHARTON, LOVETTE & VIGNA**
**360 STONYCREEK STREET**
**JOHNSTOWN, PA  15901**
**TELEPHONE:  (814) 535-6756**

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, telephone, telegraph, telex or otherwise.

KAMINSKY, THOMAS, WHARTON, LOVETTE & VIGNA

By   /s/ Denver E. Wharton
    Denver E. Wharton
    Supreme Court I.D. #31800
    360 Stonycreek Street
    Johnstown, PA  15901

DATED:  February 8, 2019    Telephone: (814) 535-6756