MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
2/26/19 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: __PROBST SR._____ JAD

Case Number: __19-70014__

Date of Meeting: __2/15/19__        Recording # __14__

Debtor(s) present __✓__ or Not Present ____ ( __ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Fiescnko__ (Present __✓__ or Not Present ____ )
Date of Plan at § 341: __1/14/19__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

D. Wharton - First Summit Bank.

__X__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD                    ____ Order to Show Cause Requested
                                         ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____ ; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
       ____ 341 Meeting OR __X__ Conciliation Conf. OR ___ *Contested Hearing
On __4/4/19__ at __9:30__ am/pm Location __3250__

_____
Chapter 13 Trustee/Attorney for Trustee