**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Randall L Probst Sr.**
**aka Randy L Probst, dba Probst Properties**
    Debtor(s)

Bankruptcy Case No.: 19–70014–JAD
Issued Per April 4, 2019 Proceeding
Chapter: 13
Docket No.: 27 – 9
Concil. Conf.: June 13, 2019 at 03:00 PM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

         IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated
January 14, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan
not expressly modified by this Order remain in full force and effect. A copy of this Plan was
previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of .
Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7)
days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the
Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been
achieved. The total length of the Plan shall not exceed sixty (60) months.

☑  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee
is authorized to distribute to secured and priority creditors with percentage fees. *A final plan
conciliation conference will be held on Jun. 13, 2019 at 03:00 PM, in 3251 U.S. Steel Tower,
600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the
conciliation conference, a hearing will be scheduled and orally announced at the conclusion of
the conference without any further written notice to any party. Parties are directed to monitor
the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to
the extent such parties desire more information regarding the outcome of the conciliation
conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability,
priority, or extent of liens; including determination of the allowed amount of secured claims
under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority
under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a
pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and
continuing for the duration of the plan term, to be applied by that creditor to it's administrative
claim, budget payments and/or security deposit. These payments shall be at the third distribution
level.

☐  G.    The claims of the following creditors shall govern as to amount, classification and rate of
interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑  H.    Additional Terms: The Debtor shall file and serve an amended plan by May 3, 2019.
Objections are due by: May 30, 2019. FAILURE to file an amended plan may result in dismissal
of this case without further, notice or hearing.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    ***IT IS FURTHER ORDERED THAT:***

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Dated: April 9, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70014-JAD
Randall L Probst, Sr.                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 1           Date Rcvd: Apr 09, 2019
                             Form ID: 149            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             +Randall L Probst, Sr.,   1796 Geiger Road,   Friedens, PA 15541-7607
cr             +1st Summit Bank,   c/o Denver E. Wharton, Esquire,   360 Stonycreek Street,
                Johnstown, PA 15901-1925
cr             +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                U.S. Post Office & Courthouse,   700 Grant Street, Susite 4000,   Pittsburgh, PA  15219,
                U.S.A. 15219-1906
14977559       +1st Summit Bank,   125 Donald Lane,   POBox 5480,   Johnstown, PA 15904-5480
15015885       +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
14981845       +Conemaugh Memorial Medical Center,   Po Box 603396,   Charlotte, NC 28260-3396
14977561        Conemaugh Physcian's Group,   Attn:  CPG Billing/Westwood,   1086 Franklin Street,
                Johnstown, PA 15905-4398
14997681        ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
15006427        Freedom Mortgage Corporation,   10500 Kincaid Drive,   Fishers, IN 46037-9764
14981876       +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
14977564       +Jenner Area Joint Sewer Authority,   PO Box 202,   102 Saylor Street,
                Jennerstown, PA 15547-9102
14981932       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14977567       +Vonda Probst,   709 Franklin Street,   Johnstown, PA 15901-2853
14977566       +Vonda Probst,   c/o James Pappas, Esquire,   709 Franklin Street,   Johnstown, PA 15901-2853
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14977563        E-mail/Text: cio.bncmail@irs.gov Apr 10 2019 02:59:12     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
14977565       +E-mail/Text: philadelphia.bnc@ssa.gov Apr 10 2019 02:59:48     Social Security Administration,
                Office ofthe General Counsel, Region III,   300 Spring Garden Street,
                Philadelphia, PA 19123-2924
                                                                                  TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Freedom Mortgage Corporation
14977562        Freedom Mortgage
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14977560*      +1st Summit Bank,   125 Donald Lane,   PO Box 5480,   Johnstown, PA 15904-5480
                                                                      TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:   /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              Denver E. Wharton   on behalf of Creditor   1st Summit Bank dew@ktwllaw.com,
              r42123@notify.bestcase.com
              James Warmbrodt   on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury,
              Internal Revenue Service jill.locnikar@usdoj.gov,
              patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Joseph E. Fieschko, Jr.   on behalf of Debtor Randall L Probst, Sr. joe@fieschko.com,
              rcfishko@aol.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
              srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                         TOTAL: 7