IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RANDALL PROBST,<br>    aka Randy L. Probst<br>    dba Probst Properties,<br>        Debtor<br>RANDALL PROBST,<br>    aka Randy L. Probst<br>    dba Probst Properties,<br><br>        Movant<br><br>vs.<br><br>RONDA J. WINNECOUR, Chapter 13 Trustee,<br><br>        Respondent | BANKRUPTCY CASE NO. 19-70014<br>CHAPTER 13<br><br>Concil. Conf.  June 13, 2019@3:00PM<br>Response Due:  May 20,2 019<br><br>Related Doc. No.: 33 - 32 |

### CERTIFICATE OF SERVICE OF AMENDED PLAN DATED MAY 3, 2019 AND ORDER SCHEDULING DATES OF HEARING ON OBJECTION TO AMENDED PLAN

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 8, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and Electronic Filing.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."
Electronic Filing:

Electronic filing:
Ronda J. Winnecour, Chapter 13 Trustee
Office of the US Trustee

First Class Mail:
```
1st Summit Bank
125 Donald Lane
PO Box 5480
Johnstown, PA 15904
```

```
1st Summit Bank
125 Donald Lane
PO Box 5480
Johnstown, PA 15904

Conemaugh Physician's Group
Attn:  CPG Billing/Westwood
1086 Franklin Street
Johnstown, PA 15905-4398

Freedom Mortgage
1796 Geiger Road
Friedens, PA  15541

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jenner Area Joint Sewer Authority
PO Box 202
Jennerstown, PA 15547

Social Security Administration
Office of the General Counsel, Region III
300 Spring Garden Street
Philadelphia, PA 19123

Vonda Probst
c/o James Pappas, Esquire
709 Franklin Street
Johnstown, PA 15901

Vonda Probst
709 Franklin Street
Johnstown, PA 15901
```

Dated:  May 8, 2019                    By:/s/ Joseph E. Fieschko, Jr.
                                                               Joseph E. Fieschko, Jr., Esquire
                                                               2230 Koppers Building
                                                               Pittsburgh, PA  15219
                                                               412-281-2204