# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | RANDALL L PROBST |
| Case Number: | 19-70014-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 13, 2019 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/14/19 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#32 Amended Plan Dated 5/3/2019 (NFC)
  + Objection By: Internal Revenue Service
  + Objection By: 1st Summit Bank
R / M #: 32 / 0

**Appearances:**

Fiscitto

Debtor:
Trustee:  Winnecour / (Pail) / Katz / DeSimone
Creditor:

Vigna – 1st Summit
Locnikar – IRS

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11      only 2 pmts made
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
        Objections are due on or before _____.
        A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

16, 17 & 18 taxes unfiled

No Homeowners ins.

6/6/2019    4:05:32PM