**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Randall L Probst Sr.** | : | Case No. 19–70014–JAD |
| **aka Randy L Probst, dba Probst Properties** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per June 13, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 14th of June, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-70014-JAD
Randall L Probst, Sr.                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7              User: jhel            Page 1 of 2              Date Rcvd: Jun 14, 2019
                                  Form ID: 309          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db              +Randall L Probst, Sr.,   1796 Geiger Road,   Friedens, PA 15541-7607
cr              +1st Summit Bank,   c/o Denver E. Wharton, Esquire,   360 Stonycreek Street,
                  Johnstown, PA 15901-1925
cr              +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                  U.S. Post Office & Courthouse,   700 Grant Street, Susite 4000,   Pittsburgh, PA  15219,
                  U.S.A. 15219-1906
14977559        +1st Summit Bank,   125 Donald Lane,   POBox 5480,   Johnstown, PA 15904-5480
15015885        +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
15033485        +Cambria County Tax Claim Bureau,   200 South Center Street,   Ebensburg, PA  15931,
                  ( 15931-1941
14981845        +Conemaugh Memorial Medical Center,   Po Box 603396,   Charlotte, NC 28260-3396
14977561         Conemaugh Physcian's Group,   Attn:  CPG Billing/Westwood,   1086 Franklin Street,
                  Johnstown, PA 15905-4398
15006427         Freedom Mortgage Corporation,   10500 Kincaid Drive,   Fishers, IN 46037-9764
14981876        +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
14977564        +Jenner Area Joint Sewer Authority,   PO Box 202,   102 Saylor Street,
                  Jennerstown, PA 15547-9102
14981932        +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                  Pittsburgh, PA 15233-1828
14977567        +Vonda Probst,   709 Franklin Street,   Johnstown, PA 15901-2853
14977566        +Vonda Probst,   c/o James Pappas, Esquire,   709 Franklin Street,   Johnstown, PA 15901-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14997681         EDI: ECMC.COM Jun 15 2019 06:03:00      ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14977563         EDI: IRS.COM Jun 15 2019 06:03:00      Internal Revenue Service,   PO Box 7346,
                  Philadelphia, PA 19101-7346
14977565        +E-mail/Text: philadelphia.bnc@ssa.gov Jun 15 2019 02:27:35      Social Security Administration,
                  Office ofthe General Counsel, Region III,   300 Spring Garden Street,
                  Philadelphia, PA 19123-2924
                                                                                TOTAL: 3


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Freedom Mortgage Corporation
14977562         Freedom Mortgage
cr*             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14977560*       +1st Summit Bank,   125 Donald Lane,   PO Box 5480,   Johnstown, PA 15904-5480
                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                        Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Denver E. Wharton    on behalf of Creditor   1st Summit Bank dew@ktwllaw.com,
               r42123@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Joseph E. Fieschko, Jr.   on behalf of Debtor Randall L Probst, Sr. joe@fieschko.com,
               rcfishko@aol.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

District/off: 0315-7              User: jhel              Page 2 of 2              Date Rcvd: Jun 14, 2019
                                 Form ID: 309             Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                          TOTAL: 7