**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RANDALL L PROBST, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>     Movant<br>     vs.<br>No Respondents. | Case No.:19-70014 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/11/2019 and confirmed on 04/09/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,000.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 550.31 | |
|     Trustee Fee | 172.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 722.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   FREEDOM MORTGAGE CORP<br>    Acct: 2666 | 0.00 | 3,277.69 | 0.00 | 3,277.69 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 2793 | 6,775.58 | 0.00 | 0.00 | 0.00 |
|   FREEDOM MORTGAGE CORP<br>    Acct: 2666 | 15,049.04 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 0932 | 6,366.10 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 0435 | 2,750.43 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 5139 | 2,615.63 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 4994 | 7,660.45 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 2114 | 9,485.28 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 5317 | 5,509.30 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 7121 | 15,490.64 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 2526 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 5169 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 2052 | 7,379.60 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 2333 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 2334 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 5215 | 18,926.97 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 3076 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 3537 | 6,410.38 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 0952 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 0919 | 9,033.53 | 0.00 | 0.00 | 0.00 |
| | | | | 3,277.69 |
| **Priority** | | | | |
| JOSEPH E FIESCHKO JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RANDALL L PROBST, SR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FIESCHKO & ASSOC<br>Acct: | 3,800.00 | 550.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 2793 | 12,312.19 | 0.00 | 0.00 | 0.00 |
| HYUNDAI LEASE TITLING TRUST<br>Acct: 3168 | 3,478.36 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JENNER AREA JOINT SEWER AUTH.<br>Acct: 1531 | 244.50 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 3604 | 3,010.81 | 0.00 | 0.00 | 0.00 |
| CONEMAUGH MEMORIAL MEDICAL CENTE<br>Acct: 2793 | 7,551.38 | 0.00 | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION(*)<br>Acct: 2793 | 0.00 | 0.00 | 0.00 | 0.00 |
| VONDA PROBST<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 5342 | 5,970.04 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 2793 | 2,129.78 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 2793 | 110.19 | 0.00 | 0.00 | 0.00 |
| COMCAST<br>Acct: 0534 | 310.52 | 0.00 | 0.00 | 0.00 |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-70014 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | DENVER WHARTON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 3,277.69 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 15,790.55 | |
| SECURED | 113,452.93 | |
| UNSECURED | 19.327.22 | |

Date: 07/15/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com